UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY HOWARD, | No. 2:19-cv-2136-TLN-AC |
| Plaintiff, | |
| v. | ORDER |
| CITY OF SACRAMENTO, | |
| Defendant. | |

The court is in receipt of plaintiff's motion for writ of mandamus. ECF No. 5. Plaintiff is bringing his civil case as a self-represented litigant and has paid the filing fee. ECF No. 1. Defendant has not yet been served. ECF No. 6. Plaintiff's motion includes in the caption "Controlled Substance Non-Forfeiture Action." ECF No. 5 at 1. The motion contains the heading "WRIT PROCEEDING FROM MANDAMUS." Id. The motion is otherwise entirely incomprehensible. The motion does not appear to seek relief in any form. Id. at 1-3. Because the motion (ECF No. 5) seeks no relief and is incomprehensible, it is DENIED.

IT IS SO ORDERED.

DATED: November 13, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE