1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11    STANLEY HOWARD,                          No.  2:19-cv-02136 TLN-AC

12                    Plaintiff,

13          v.                                 **ORDER**

14    CITY OF SACRAMENTO,

15                    Defendant.

16

17          Plaintiff, proceeding *pro se*, filed the above-entitled action.  The matter was referred to a

18    United States Magistrate Judge pursuant to Local Rule 302(c)(21).

19          On December 3, 2019, the magistrate judge filed findings and recommendations herein

20    which were served on Plaintiff and which contained notice to Plaintiff that any objections to the

21    findings and recommendations were to be filed within twenty-one days.  (ECF No. 12.)  Plaintiff

22    filed a "request for declaratory decree" which the Court construes as an objection.  (ECF No. 13.)

23          The Court has reviewed the file and finds the findings and recommendations to be

24    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

25    ORDERED that:

26          1.  The findings and recommendations filed December 3, 2019, are adopted in full; and

27          2.  Plaintiff's Complaint (ECF No. 1) is DISMISSED with prejudice for lack of subject

28    matter jurisdiction, and this case is CLOSED.

                                              1

1   Dated: January 16, 2020

Troy L. Nunley
United States District Judge